## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   WARREN D BAGGETT                    §          Case No.: 10-31877
         VALERIE A DIX-BAGGETT               §
                                             §
                                             §
                                             §
         Debtor(s)                           §

----------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/19/2010.

2) This case was confirmed on 09/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/18/2011.

5) The case was dismissed on 07/11/2011.

6) Number of months from filing to the last payment:  7

7) Number of months case was pending:  15

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    81,000.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

==================================================================

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,200.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 4,200.00 |

==================================================================

==================================================================

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,486.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 283.63 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,769.63 |
| Attorney fees paid and disclosed by debtor | $ 14.00 |

==================================================================

==================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL CAPITAL MGM | SECURED | 9,000.00 | 12,004.11 | 9,000.00 | 199.92 | 230.45 |
| MIDLAND CREDIT MANAG | UNSECURED | 823.00 | 822.89 | 822.89 | .00 | .00 |
| BOULDER CREDIT SERVI | UNSECURED | 189.00 | 188.65 | 188.65 | .00 | .00 |
| MCSI/RMI | UNSECURED | 25.00 | 50.00 | 50.00 | .00 | .00 |
| A TOUCH OF CLASS DEN | UNSECURED | 193.00 | 194.96 | 194.96 | .00 | .00 |
| GUARANTY BANK | UNSECURED | 397.00 | 397.65 | 397.65 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 107.37 | 107.37 | 107.37 | .00 | .00 |
| ATLANTIC CREDIT & FI | UNSECURED | 1,078.00 | 1,474.56 | 1,474.56 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 346.40 | 2,960.08 | 2,960.08 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 3,450.00 | .00 | .00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 3,767.82 | 6,359.29 | 6,359.29 | .00 | .00 |
| GMAC | SECURED | 1.00 | 2,643.43 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 421.00 | NA | NA | .00 | .00 |
| A TOUCH OF CLASS DEN | UNSECURED | 187.53 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL CEN | UNSECURED | 191.10 | NA | NA | .00 | .00 |
| AEGIS | UNSECURED | 135.07 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 842.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 592.85 | NA | NA | .00 | .00 |
| PATTIE CAKE CHILD CA | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2,021.26 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,159.00 | 1,159.73 | 1,159.73 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 25.00 | 25.00 | 25.00 | .00 | .00 |

==================================================================

**UST Form 101-13-FR-S(9/01/2009)**

===================================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US CELLULAR | UNSECURED | 593.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 468.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 1,078.00 | NA | NA | .00 | .00 |
| BLUEGREEN CORP | UNSECURED | 691.79 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 1,062.00 | 1,062.12 | 1,062.12 | .00 | .00 |
| SPRINT | UNSECURED | 486.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 487.67 | NA | NA | .00 | .00 |
| A TOUCH OF CLASS DEN | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| A TOUCH OF CLASS DEN | UNSECURED | 175.00 | 175.00 | 175.00 | .00 | .00 |
| BJ ALLEN FIREWORKS | UNSECURED | 202.68 | NA | NA | .00 | .00 |
| SOUTHEAST ANESTHESIA | UNSECURED | 83.00 | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | 1,231.32 | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | 292.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 4,788.23 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 227.28 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,033.01 | NA | NA | .00 | .00 |
| US CELLULAR CHICAGO | UNSECURED | 616.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 525.03 | 310.26 | 310.26 | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 479.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 181.00 | NA | NA | .00 | .00 |
| VILLAGE OF ALSIP | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ELDRIDGE & ELDRIDGE | UNSECURED | 30.20 | NA | NA | .00 | .00 |
| EOS CCA | UNSECURED | 174.60 | NA | NA | .00 | .00 |
| EMP OF COOK COUNTY | UNSECURED | 19.80 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 492.00 | 492.00 | 492.00 | .00 | .00 |
| GMAC | UNSECURED | 2,643.43 | NA | NA | .00 | .00 |
| GREAT LAKES CU | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 452.42 | 326.13 | 326.13 | .00 | .00 |
| HSBC BANK | UNSECURED | 181.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 210.10 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 62.60 | NA | NA | .00 | .00 |
| JC PENNY | UNSECURED | 440.97 | NA | NA | .00 | .00 |
| CHICAGO DEPT OF REVE | UNSECURED | 1,012.60 | NA | NA | .00 | .00 |
| CHICAGO DEPT OF REVE | UNSECURED | 829.60 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 238.00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SERVICE | UNSECURED | 3,488.82 | NA | NA | .00 | .00 |
| M3 FINANCIAL SERVICE | UNSECURED | 3,532.99 | NA | NA | .00 | .00 |
| MATTESON ORTHODONTIC | UNSECURED | 1,112.80 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 59.76 | NA | NA | .00 | .00 |
| MUTL H CLCTN | UNSECURED | 403.00 | NA | NA | .00 | .00 |
| BMG | UNSECURED | 210.00 | NA | NA | .00 | .00 |

===================================================================================

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNITED CREDIT RECOVE | UNSECURED | 312.00 | 312.00 | 312.00 | .00 | .00 |
| DIRECTV | UNSECURED | 862.00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,952.00 | 2,035.57 | 2,035.57 | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | 822.89 | NA | NA | .00 | .00 |
| PROGRESSIVE FINANCE | UNSECURED | 1,475.81 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 345.64 | NA | NA | .00 | .00 |
| GUARANTY BANK | UNSECURED | 105.01 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 87.00 | 87.35 | 87.35 | .00 | .00 |
| DIRECTV | UNSECURED | 1,176.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 382.86 | 93.80 | 93.80 | .00 | .00 |
| TRU GREEN CHEMLAWN | UNSECURED | 71.95 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHIC P | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 368.12 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 138.73 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 90.99 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 329.03 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 59.76 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 317.34 | NA | NA | .00 | .00 |
| RENT A CENTER | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | .00 | .00 | 3,004.11 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | .00 | 430.60 | 430.60 | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | NA | 220.43 | .00 | .00 | .00 |
| DIRECTV INC | UNSECURED | 749.89 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS BK | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| COOK COUNTY CIRCUIT | UNSECURED | 5,595.00 | NA | NA | .00 | .00 |
| IL BELL TELEPHONE CO | UNSECURED | NA | 174.60 | 174.60 | .00 | .00 |
| QUALIA COLLECTION SV | UNSECURED | NA | 345.64 | 345.64 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 9,000.00 | 199.92 | 230.45 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,000.00 | 199.92 | 230.45 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 326.13 | .00 | .00 |
| **TOTAL PRIORITY:** | 326.13 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 22,263.23 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $   3,769.63 |
| Disbursements to Creditors | $    430.37 |
| **TOTAL DISBURSEMENTS:** | $   4,200.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/17/2011            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**